# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, R.Q. WARD, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CALEB J. GRANADOS**
**ELECTRONICS TECHNICIAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300475**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 28 August 2013.
**Military Judge**: CDR Marcus Fulton, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Submarine Support Command, Pearl Harbor, HI.
**Staff Judge Advocate's Recommendation**: LT B.C. Haagensen, JAGC, USN.
**For Appellant**: LT Jared Hernandez, JAGC, USN.
**For Appellee**:  Mr. Brian Keller, Esq.

**8 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court